# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:05CV105

| | |
|---|---|
| MARCELLOUS PRIMUS,                )<br>      Plaintiff,            )<br>                                   )<br>v.                                 )<br>                                   )<br>BELLSOUTH ADVERTISING &            )<br>PUBLISHING CORPORATION,            )<br>f/k/a BELLSOUTH CORPORATION,      )<br>      Defendant.           )<br>_____) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion in Support of *Pro Hac Vice*" (Document No. 6), filed May 31, 2005 by James Smith on behalf of Donald Gist and DeAndrea Gist Benjamin. Upon careful review and consideration, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Motion in Support of *Pro Hac Vice*" (Document No. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that, in accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Mr. Gist and Ms. Benjamin each pay the admission fee of **ONE HUNDRED AND NO/100 DOLLARS ($100.00)** to the Clerk of Court within ten (10) days from the date of the filing of this Order.

**Signed: June 3, 2005**

David C. Keesler
United States Magistrate Judge